1  Ruth L. Cohen, Esq. (NV Bar 1782)
   Email: rcohen@caplawyers.com
2  Paul S. Padda, Esq. (NV Bar 10417)
   Email: ppadda@caplawyers.com
3  COHEN & PADDA, LLP
   4240 West Flamingo Road, Suite 220
4  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
5  Fax: (702) 366-1940
   Web: caplawyers.com
6
   Attorneys for Plaintiff
7
# UNITED STATES DISTRICT COURT
8
# DISTRICT OF NEVADA
9
   JASON MILLER,                          )
10                                         )
               Plaintiff,                  )
11                                         )     Case No.  2:12-cv-2198-JCM-(NJK)
        vs.                                )
12                                         )
   PAVESTONE, LLC,                         )
13                                         )
               Defendant.                  )
14 _____)

15      **PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
        **TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**
16
                    **(Second Request)**
17

18          Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and the Court's Local

19  Rule 7-2, Plaintiff Jason Miller respectfully requests that the Court extend, to and until

20  April 24, 2013, the current deadline for responding to Defendant's motion to dismiss.

21  This is Plaintiff's second request for extension of time.  Plaintiff's response to

22  Defendant's pending dispositive motion was due on April 22, 2013.

23          In support of this motion, Plaintiff relies upon the memorandum of points and

24  authorities set forth below.

25  .   .   .

26  .   .   .

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1)(B) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time on motion made after the time has expired if the party failed to act because of excusable neglect."  It is within a trial court's sound discretion to determine whether to grant an extension of time.  Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1258 (9th Cir. 2012).  In this case, "good cause" exists for the requested extension of time based upon "excusable neglect."

Counsel for Plaintiff, Ruth L. Cohen, has been suffering from recent illness[1] that has prevented her from devoting the time necessary to meeting a number of deadlines in her cases, including the one in this case.  While it was anticipated that Ms. Cohen would finalize Plaintiff's opposition in this case and timely file it on April 22, 2013, she suffered an unfortunate relapse of her illness that prevented her from filing the nearly completed opposition brief.  Despite his own heavy caseload, undersigned counsel will be required to address the numerous deadlines in Ms. Cohen's cases, including taking responsibility for meeting the deadlines in this and several other cases.

In light of the foregoing, undersigned counsel will be working on finalizing the response to Defendant's motion to dismiss currently pending in this litigation.  However, an additional two business days will be needed to accomplish this task.  While a significant portion of the brief has been completed, undersigned counsel will need to

---

[1] Ms. Cohen has been diagnosed with pneumonia.  Thankfully, she is recovering but has a weakened condition that has kept her from the office for a significant period of time.

familiarize himself with this case[2] while balancing other competing case commitments. An additional two business days should provide adequate time for undersigned counsel to file an appropriate response to Defendant's motion to dismiss.

## **CONCLUSION**

In light of the foregoing, Plaintiff, by and through undersigned counsel, respectfully requests that the Court provide him with an additional two business days, to and until April 24, 2013, to file a response to the pending dispositive motion.

Respectfully submitted,

/s/ *Paul S. Padda*

_____
Ruth L. Cohen, Esq.
Paul S. Padda, Esq.
COHEN & PADDA, LLP
4240 West Flamingo Rd., #220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

Attorneys for Plaintiff

Dated: April 23, 2013

**IT IS SO ORDERED:**

**Plaintiff's request for an extension of time to respond to the pending dispositive motion is hereby granted.  Plaintiff's response shall be due on or before April 24, 2013.**

_____
UNITED STATES DISTRICT JUDGE

**Dated: April  23rd , 2013**

---

[2] Specifically, reviewing Defendant's motion to dismiss.