ROGER L. GRANDGENETT II, ESQ., Bar # 6323
NOEL E. EIDSMORE, ESQ., Bar #7688
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
PAVESTONE, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON MILLER, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>PAVESTONE, LLC, a corporation,<br><br>           Defendant. | Case No.  2:12-cv-02198-JCM-NJK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION SESSION**<br><br>ENE DATE: May 23, 2013<br>ENE TIME:  1:30 p.m.<br><br>MAGISTRATE JUDGE LEEN |

Defendant Pavestone, LLC ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby submits this request to excuse Defendant's insurance representative from in-person attendance at the Early Neutral Evaluation ("ENE") session, and to allow Defendant's insurance representative to be available telephonically.

Pursuant to the Order Scheduling Early Neutral Evaluation Hearing (Dkt. #12), this case has been referred to the Honorable Peggy Leen, United States Magistrate Judge, to conduct an Early Neutral Evaluation hearing in Las Vegas, Nevada on May 23, 2013, at 1:30 p.m. The scheduling order requires the presence of an insurance representative with binding authority to settle this matter up to the full amount of the Plaintiff's claim.

. . .

. . .

. . .

1.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

Jacyntha Vu, the insurance representative in this matter, is in her third trimester of pregnancy and cannot travel. Therefore, Defendant requests that Ms. Vu be allowed to be available to participate in the ENE session telephonically, if needed.

Jacyntha Vu, the insurance representative in this matter, is in her third trimester of pregnancy and cannot travel. Therefore, Defendant requests that Ms. Vu be allowed to be available to participate in the ENE session telephonically, if needed.

Dated: May 13, 2013

Respectfully submitted,

*[signature]*

ROGER L. GRANDGENETT II, ESQ.
NOEL E. EIDSMORE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
PAVESTONE, LLC

## ORDER

**IT IS ORDERED** that Defendant's request to excuse the insurance representative from personally appearing at the ENE is **GRANTED**. However, the representative shall be available telephonically for the duration of the ENE.

**DATED**: May 17, 2013

*[signature]*
Peggy A. Leen
United States Magistrate Judge

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800